BENJAMIN SALDUCCO, Respondent, *v.* SIMON ETKIN, as City Clerk of the City of Schenectady, et al., Appellants.

(Argued July 11, 1935; decided July 11, 1935.)

*Richmond D. Moot* for Philip L. Alger et al., appellants.

*Nathaniel B. Spalding* for East End Civic Improvement Association, intervener, appellant.

*Ettore Mancuso* for respondent.

Judgment of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division. We are of the opinion that the special election ordered pursuant to section 19 of chapter 444 of the Laws of 1914 was legally held on election day (November 6, 1934). We are also of the opinion that the notice was a substantial compliance with the statute. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.